
**RIVKIN RADLER** LLP
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

BRIAN R. ADE
New Jersey Managing Partner

**JOHN ROBERTELLI**
PARTNER
(201) 287-2464
john.robertelli@rivkin.com

June 13, 2013

**VIA ELECTRONIC FILING**
United States District Court Clerk
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, New Jersey 07101

Re: Government Employees Insurance Co., et al. v.
Richard A. Kaul, M.D., et al.
Civil Action No.: 13-cv-02597 (CCC/JAD)
RR File No. 5100-573

Dear Sir/Madam:

Enclosed herein please find Certificate of Default, supporting Affidavit for Entry of Default and Certification of Service regarding Defendant Dong Kwak, MD in the above-referenced matter.

Very truly yours,

RIVKIN RADLER LLP

JOHN ROBERTELLI

JR:amk
Enclosures
cc: Honorable Joseph A. Dickson, U.S.M.J. (via ECF & regular mail)
 Dong Kwak, MD (via regular & Certified Mail, R.R.R.)
 Mark E. Manigan, Esq. (via Lawyers Service)
 Philip L. Guarino, Esq. (via ECF)
 Christopher Warren, Esq. (via Lawyers Service)
 Richard A. Kaul, MD (via regular & Certified Mail, R.R.R.)

2801078 v1