John Robertelli, Esq.
Patricia Doran, Esq.
RIVKIN RADLER LLP
21 Main Street, Suite 158
Court Plaza South, West Wing
Hackensack, New Jersey 07601
(201) 287-2460

*Counsel for Plaintiff, Government Employees Insurance Co, GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO.,<br><br>　　　　Plaintiffs,<br><br>　-against-<br><br>RICHARD A. KAUL, M.D.,<br><br>　-and-<br><br>NEW JERSEY SPINE & REHABILITATION PC, and POMPTON ANESTHESIA ASSOCIATES, P.C.,<br><br>　-and-<br><br>RODOLFO NARAG, M.D., DONG KWAK, M.D., and MICHAEL MCKEE, M.D.,<br><br>　　　　Defendants | Case No.: 2:13-cv-02597 (CCC/JAD)<br><br>**CERTIFICATE OF SERVICE** |

I, John Robertelli, Esq., am an attorney for Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO

General Insurance Co. and GEICO Casualty Co., in the above-captioned matter.

1. On June 13, 2013, a Certificate of Default, Affidavit in support of Request for Entry of Default and Certification of Service were electronically filed with the Clerk of the Court.

2. On June 13, 2013, a Certificate of Default, Affidavit in support of Request for Entry of Default and Certification of Service was served on Honorable Joseph A. Dickson, U.S.M.J., Martin Luther King Building & U.S. Courthouse, 50 Walnut Street Room 4015, Newark, New Jersey 07101 *via* regular mail.

3. On June 13, 2013, a Certificate of Default, Affidavit in support of Request for Entry of Default and Certification of Service was served on Dong Kwak, M.D., 35 Meadowlark Road, Watchung, New Jersey 07069 via regular mail and Certified Mail, R.R.R.

4. On June 13, 2013, a Certificate of Default, Affidavit in support of Request for Entry of Default and Certification of Service was served on Mark Manigan, Esq., Brach Eichler LLC, 101 Eisenhower Parkway, Roseland, New Jersey 07068, registered agent for Pompton Anesthesia Associates, PC and New Jersey Spine and Rehabilitation PC *via* Lawyers Service

5. On June 13, 2013, a Certificate of Default, Affidavit in support of Request for Entry of Default and Certification of Service was served on Philip L. Guarino, Esq., Mavroudis Rizzo &

2

Guarino, 690 Kinderkamack Road, Oradell, New Jersey 07649 *via* ECF.

6. On June 13, 2013, a Certificate of Default, Affidavit in support of Request for Entry of Default and Certification of Service was served on Christopher Warren, Esq., Kaufman Borgeest & Ryan LLP, Campus Drive, Parsippany, New Jersey 07054 PC *via* Lawyers Service.

7. On June 13, 2013, a Certificate of Default, Affidavit in support of Request for Entry of Default and Certification of Service was served on Richard A. Kaul, M.D., 11 Charlotte Hill Drive Bernardsville, New Jersey 07924 and 39 Newton Sparta Road, Newton, New Jersey 07860 via regular mail and Certified Mail, R.R.R.

I certify that the foregoing statements by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to claims of perjury.

> RIVKIN RADLER LLP
> Attorneys for Plaintiffs
> Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Co. and GEICO Casualty Co.
>
> By: /s/ John Robertelli
> JOHN ROBERTELLI, ESQ.

Dated: June 13, 2013

2801079 v1

3