John Robertelli, Esq.
Patricia Doran, Esq.
RIVKIN RADLER LLP
21 Main Street, Suite 158
Court Plaza South, West Wing
Hackensack, New Jersey 07601
(201) 287-2460

Counsel for Plaintiff, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO., <br><br> Plaintiffs, <br><br> -against- <br><br> RICHARD A. KAUL, M.D., <br><br> -and- <br><br> NEW JERSEY SPINE & REHABILITATION PC, and POMPTON ANESTHESIA ASSOCIATES, P.C., <br><br> -and- <br><br> RODOLFO NARAG, M.D., DONG KWAK, M.D., and MICHAEL MCKEE, M.D., <br><br> Defendants | Case No.: 2:13-cv-02597 (CCC/JAD) <br><br> **CERTIFICATE OF DEFAULT** |

I, William T. Walsh, Clerk of the United States District Court, for the District of New Jersey, do hereby certify that the Defendant Dong Kwak, MD has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant Dong Kwak, MD is hereby noted pursuant to Rule 55 (a) under Federal Rules of Civil Procedure.

Dated:   June 14, 2013

_Jane Delle Monache_
Deputy Clerk of the Court