MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-9898
Attorneys for Defendants-Counterclaimants
New Jersey Spine & Rehabilitation PC and
Pompton Anesthesia Associates, P.C.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO., <br><br> Plaintiffs, <br><br> vs. <br><br> RICHARD A. KAUL, M.D., <br><br> and <br><br> NEW JERSEY SPINE & REHABILIATION PC, and POMPTON ANESTHESIA ASSOCIATES, P.C., <br><br> and <br><br> RODOLFO NARAG, M.D., DONG KWAK, M.D. and MICHAEL MCKEE, M.D., <br><br> Defendants. | :Civil Action No.: 2:13-02597-CCC-MF <br><br> :CONSENT ORDER VACATING DEFAULT, :WITHDRAWING MOTIONS FOR DEFAULT :JUDGMENT AND ALLOWING :DEFENDANTS NEW JERSEY SPINE & :REHABILITATION PC AND POMPTON :ANESTHESIA ASSOCIATES, P.C. TO FILE :AN ANSWER OR OTHERWISE RESPOND :TO PLAINTIFFS' COMPLAINT OUT-OF- :TIME |

THIS MATTER having been opened to the Court jointly by the plaintiffs New Jersey Spine

& Rehabilitation PC and Pompton Anesthesia Associates, P.C. for an Order to vacate default,

withdraw motions for default judgment and allow defendants New Jersey Spine & Rehabilitation PC

and Pompton Anesthesia Associates, P.C. to file an Answer or otherwise respond to plaintiffs' Complaint out-of-time; and counsel for plaintiffs having consented to the requested relief; and for good cause appearing;

IT IS on this 6th day of November, 2013; hereby

ORDERED as follows:

1. The Clerk's Entry of Default as to defendants New Jersey Spine & Rehabilitation PC and Pompton Anesthesia Associates, P.C. only (Docket Entry No. 17 and 18) are hereby vacated.

2. The motion for default judgment filed by plaintiffs as to defendants New Jersey Spine & Rehabilitation PC and Pompton Anesthesia Associates, P.C. only (Docket Entry No. 40) is hereby withdrawn.

3. Defendants New Jersey Spine & Rehabilitation PC and Pompton Anesthesia Associates, P.C. are hereby granted leave to file an Answer or otherwise respond to plaintiffs' Complaint within twenty-one (21) days of the date of the entry of this Order.

_____
HON. MARK FALK, U.S.M.J.

The parties below hereby consent to the form, substance and entry of this Order.

RIVKIN RADLER, LLP                       MAZIE SLATER KATZ & FREEMAN, LLP
Attorneys for Plaintiffs                 Attorneys for Defendants-Counterclaimants

BY: /s/ John Robertelli                  BY: /s/ Eric D. Katz
    JOHN ROBERTELLI                          ERIC D. KATZ

DATED:   November 5, 2013