UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GOVERNMENT EMPLOYEES INSURANCE CO.**, *et al.*<br><br>　　　　　　　　　**Plaintiffs,**<br><br>v.<br><br>**RICHARD A. KAUL, M.D.**, *et al.*,<br><br>　　　　　　　　　**Defendants.** | Civil Action No. 13-2597 (CCC)<br><br><u>ORDER</u> |

　　　**THIS MATTER** having come before the Court upon Plaintiffs' motion for default judgment against Defendant Richard A. Kaul, M.D. (Docket Entry No. 72) and Defendant Richard A. Kaul, M.D.'s cross-motion to vacate entry of default (Docket Entry No. 100); and the Court having considered the papers in support of and in opposition to the motions; and for the reasons set forth on the record on May 30, 2014; and for good cause shown;

　　　**IT IS on this 30th of May 2014,**

　　　**ORDERED** that, Defendant Richard A. Kaul's motion to vacate entry of default (Docket Entry No. 100) is **granted**; and it is further

　　　**ORDERED** that, Plaintiffs' motion for default judgment against Defendant Richard A. Kaul, M.D. (Docket Entry No. 72) is **denied**.

　　　　　　　　　　　　　　　　　　　　　　　s/ Mark Falk
　　　　　　　　　　　　　　　　　　　　　　**MARK FALK**
　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**